IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SHANE REID, | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 3:19-cv-00245-GCM |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
|     Defendant. | ) |

## AMENDED ORDER

Upon agreement of the parties, it is hereby ordered that Defendant will pay Plaintiff $5,980.47 in attorney's fees in full satisfaction of all claims arising under the Equal Access t to Justice Act, 28 U.S.C. § 2412.

Pursuant to *Comm'r of Soc. Sec. v. Ratliff,* 560 U.S. 2521, 130 S. Ct. 2521, 177 L. Ed. 2d 91 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States under the Treasury Offset Program. If there is such a debt, any fee remaining after offset will be made payable to Plaintiff and delivered to Plaintiff's attorney, Vaughn S. Clauson, The Clauson Law Firm, PLLC, P.O. Box 110205, Durham, NC 27709.

Further, if Plaintiff's claim is allowed on remand, any request for attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), is subject to final review and approval as reasonable by this Court. Defendant reserves the right to respond to the 406(b) request at that time.

Signed: January 4, 2021

Graham C. Mullen
United States District Judge